FILED

2017 DEC 28 AM 11: 01

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| BRIAN MUSSER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO.: |
| v. | ) 6:17-cv-2199-Orl-28 DCI |
| | ) |
| NEFF RENTAL, LLC, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF AND PETITION FOR REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441(a) and (c), 28 U.S.C. § 1446, Defendant, NEFF RENTAL, LLC, through its undersigned counsel, hereby requests this Court to remove this action from the Circuit Court of the Eighteenth Judicial Circuit in and for Seminole County, Florida, to the United States District Court for the Middle District of Florida, Orlando Division. The removal of this action is based upon the following:

1. On or about September 29, 2017, Plaintiff, Brian Musser, a former employee of Defendant, filed a civil action in the Circuit Court of the Eighteenth Circuit in and for Seminole County, Florida, which was captioned "*Brian Musser v. Neff Rental, LLC*" (the "Circuit Court Case"), Case No. 2017-CA-002214-16K-G. Attached as Exhibit "A" is a true and correct copy of the Complaint served upon Defendant. The Complaint in the Circuit Court Case seeks relief for alleged unpaid overtime compensation in violation of the Fair Labor Standards Act (the "FLSA"), 29 U.S.C. §§ 201, *et seq.*

2. Defendant was served with the Complaint on December 4, 2017.

3. This action is within original federal question jurisdiction of the United States District Court, pursuant to 29 U.S.C. §1331. This case involves a one count Complaint alleging violation of the Fair Labor Standards Act (FLSA), 29 USC §207, et al.

4. The United States District Court for the Middle District of Florida, Orlando Division, includes the location in where the claim arose and the judicial circuit in which Plaintiff filed his Circuit Court Complaint. Thus, removal is proper to this Court pursuant to 28 U.S.C. §1441.

5. This Notice of and Petition for Removal has been filed within 30 days of the service of the Complaint on NEFF RENTAL, LLC, which occurred on December 4, 2017. Thus, this notice of removal is timely filed pursuant to 28 U.S.C. §1446(b).

6. Copies of all processes, pleadings, orders and other papers or exhibits of every kind currently on file with the state court are attached to this notice of removal as Exhibit "B" as required by 28 U.S.C. §1446(a).

7. Pursuant to 28 U.S.C. §1446(d), Defendant has provided written notice of the removal to all parties in this action and has filed a copy of this Notice of and Petition for Removal in the Circuit Court of the Eighteenth Judicial Circuit in and for Seminole County, Florida.

WHEREFORE, NEFF RENTAL, LLC respectfully requests that the United States District Court for the Middle District of Florida, Orlando Division, accept the removal of this action from the state court and direct that the Circuit Court of the Eighteenth Judicial

Circuit in and for Seminole County, Florida have no further jurisdiction of this matter unless and until this case is remanded.

DATED this 28th day of December, 2017.

Respectfully submitted,

JACKSON LEWIS P.C.
390 North Orange Avenue, Suite 1285
Orlando, Florida 32801
Telephone:   (407) 246-8440
Facsimile:   (407) 246-8441

By: _____
Tasos C. Paindiris
Florida Bar No. 0041806
tasos.paindiris@jacksonlewis.com

Jesse I. Unruh
Florida Bar No. 009321
jesse.unruh@jacksonlewis.com

Attorneys for Defendant

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of December, 2017, the foregoing was furnished via electronic and U.S. Mail to counsel for Plaintiff: Noah E. Storch, Esq, Richard Celler Legal, P.A., 7450 Griffin, Road, Suite 230, Davie, FL 33314; noah@floridaovertimelawyer.com

_____
Tasos C. Paindiris