# UNITED STATED DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **BRIAN MUSSER,** | ) |
| **Plaintiff,** | ) |
| | ) CASE NO.: 6:17-cv-02199-JA-DCI |
| v. | ) |
| **NEFF RENTAL, LLC.,** | ) |
| **Defendant.** | ) |

## NOTICE OF SETTLEMENT

Defendant, Neff Rental, LLC ("Defendant"), by and through its undersigned counsel, hereby submits this Notice of Settlement to advise the Court regarding the resolution of this matter. Plaintiff, Brian Musser ("Plaintiff") and Defendant (collectively, the "Parties") have reached an agreement to settle all claims in this case. The Parties are in the process of preparing the settlement documents and will file a Joint Motion for Approval of Settlement.

DATED this 8th day of February, 2019.

Respectfully submitted,

JACKSON LEWIS P.C.
390 North Orange Avenue, Suite 1285
Orlando, Florida 32801
Telephone:   (407) 246-8440
Facsimile:   (407) 246-8441

By:   __/s/ Amy G. Fudenberg_____
Tasos C. Paindiris
Florida Bar No. 0041806
tasos.paindiris@jacksonlewis.com

        Amy G. Fudenberg
        Florida Bar No. 1011312
        amy.fudenberg@jacksonlewis.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of February, 2019, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: Noah E. Storch, Esquire, Richard Celler Legal, P.A., 7450 Griffin, Road, Suite 230, Davie, FL 33314.

        */s/ Amy G. Fudenberg*
        Attorney

4825-6038-5928, v. 1