# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BRIAN MUSSER,**

    **Plaintiff,**

v.               Case No: 6:17-cv-2199-Orl-28DCI

**NEFF RENTAL, LLC,**

    **Defendant.**

## ORDER

This case is before the Court on the parties' Joint Motion for Approval of Settlement and Motion to Dismiss the Case with Prejudice (Doc. No. 30). The assigned United States Magistrate Judge has submitted a Report (Doc. 31) recommending that the motion be granted. The parties have filed a Joint Notice of No Objection to the Report. (Doc. 32).

After review of the record in this matter, the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

 1. The Report and Recommendation (Doc. No. 31) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

 2. The Joint Motion for Approval of Settlement and Motion to Dismiss the Case with Prejudice (Doc. No. 30) is **GRANTED**.

 3. The Court finds that the Settlement Agreement (Doc. 30-1) is a fair and reasonable settlement of Plaintiff's claims under the Fair Labor Standards Act.

 4. This case is dismissed with prejudice.

 5. The Clerk of the Court is directed to close this case.

DONE and ORDERED in Orlando, Florida, on April 12, 2019.

                                        JOHN ANTOON II
                                        United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Parties